FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL CHRISTIAN RADVANYI,<br><br>            Plaintiff,<br><br>     v.<br><br>NO NAMED DEFENDANT,<br><br>           Defendant. | No.   2:21-cv-00254-SMJ<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |

On September 10, 2021, the Court instructed Plaintiff Michael Christian Radvanyi, a prisoner currently detained by Spokane County Detention Services, to provide a completed and properly signed Declaration and Application to Proceed *In Forma Pauperis* By a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. § 1983, along with a statement of his inmate account for the six months immediately preceding the filing of his Complaint on August 23, 2021. ECF No. 6. These documents are required for a prisoner to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a).

In the alternative, the Court directed Plaintiff to pay the full $402 filing fee ($350 filing fee, plus $52 administrative fee) to commence this action. Plaintiff has

not remedied the deficiencies of his submissions to this Court and has filed nothing

further in this action. Therefore, it appears Plaintiff has abandoned this litigation.

Accordingly, for the reasons set forth above and in the Court's prior Order,

**IT IS HEREBY ORDERED:**

1.   This action is **DISMISSED** without prejudice for failure to comply

with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§

1914 and 1915.

A.   The Clerk's Office is directed to **ENTER JUDGMENT** and

**CLOSE** this file.

2.   The Court certifies that any appeal of this dismissal would not be taken

in good faith and would lack an arguable basis in law or fact.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 27th day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE AND *IN FORMA PAUPERIS* REQUIREMENTS – 2